## Inhabitants of POLAND vs. Inhabitants of WILTON.

When a man has a wife and children under his immediate care and protection, and with his family is unable to support himself and them, he is to be considered a pauper, within the meaning of the *stat.* 1821, *c.* 122.

In such case if the notice be applicable only to the *man himself*, the amount expended for *his* support can be recovered by the town furnishing the supplies.

EXCEPTIONS from the Court of Common Pleas, WHITMAN C. J. presiding.

The action was brought to recover the amount expended by the plaintiffs in furnishing supplies to one *Jonathan Reed*, alleged to have fallen into distress in *Poland*, and to have had a settlement in *Wilton*. The writ was dated *May* 15, 1837, and a part of the supplies were furnished in *January* and *February*, 1836, and the residue in the winter of 1837. On *March* 29, 1836, the plaintiffs gave notice to the defendants, that *Jonathan Reed*, a pauper of

that town, had become chargeable in *Poland,* and on *April* 7, following, the defendants sent a reply acknowledging the notice, and stating, " we acknowledge him to be a *resident* of our town, and wish you would have the goodness not to help him when he can maintain himself, if he is well he can support himself. We shall see to it as soon as convenient." On the trial it appeared, that *Reed* had a wife and four small children; that he was exceedingly poor, and when the supplies were furnished, was destitute of provisions, that he had neither bread, nor meat, nor house of his own ; that in the winter his children were without shoes and ragged, and that winter he had been reduced to the necessity of living entirely upon potatoes. It however appeared, in the opinion of the witnesses, that if *Reed* had been an unmarried man, and was not sick, he might have supported himself, but could not have supported his wife and family. The counsel for the defendants contended, that they were not liable for any of the supplies thus furnished, if the jury believed, that *Reed* could have supported himself, and had not been a married man and burdened with a family, on the ground that the notice applied to *Jonathan Reed* only, and that *Reed* himself could not be considered a pauper, but his family only were paupers; and requested the Court so to instruct the jury. The Judge declined to give the instruction requested, and did instruct them, that if they believed, that the supplies were necessary for *Reed* in connection with his family, they were all paupers together, and that the plaintiffs in such case would have a right to recover so much of the supplies furnished as were consumed by *Reed.* The amount of the bill charged was $63,10. The jury found a verdict for the plaintiffs for $37,00, and the defendants filed exceptions.

*Codman* and *Fox,* in a written argument, insisted that the instructions requested ought to have been given, and that those given were erroneous. They cited *Danvers* v. *Boston,* 10 *Pick.* 513 ; *Dover* v. *Paris,* 5 *Greenl.* 430 ; *Walpole* v. *West Cambridge,* 8 *Mass. R.* 279; *Bangor* v. *Deer Isle,* 1 *Greenl.* 332; *Wilson* v. *Brooks,* 14 *Pick.* 344 ; 3 *T. R.* 637.

*J. C. Woodman,* for the plaintiffs, submitted the case without argument.

The opinion of the Court was drawn up by

SHEPLEY J. — The case finds that *Jonathan Reed* was able to support himself without a wife and children, but he had a wife and children in his dwelling, and under his care and protection although not mentioned. in the notice to the defendants.

The defendants contend, that *Reed* was not a pauper or liable to be removed as such.

The cases of *Green* v. *Buckfield,* 3 *Greenl.* 136, and *Hallowell* v. *Saco,* 5 *Greenl.* 143, decide, that when supplies are properly furnished to any member of a family thus situated, with whose support the head of it is chargeable, he thereby becomes a pauper, and may be dealt with as such. The case of *Bangor* v. *Deer Isle,* 1 *Greenl.* 329, authorized the instructions so far as related to the amount to be recovered.

*Judgment on the verdict.*